## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Courtland Tatum, Sr.
In Proper Person
PO Box 4830
Pineville LA 71360

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 16, 2025

## REHEARING ACTION: April 16, 2025

**Docket Number: 24   00403-CA consolidated with 24   00401-CA & 24   00402-CA**

**COURTLAND TATUM, SR., ET AL**
**VERSUS**
**JAMES COOHOON**

**Appealed from Rapides Parish Case No. 269,660**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Charles G. Fitzgerald**
**Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Courtland Tatum, Sr.** has this day been

**DENIED.**

Also, the "Motion for Written Opinion to the Honorable Judges of the Louisiana 3rd Circuit Court of Appeals" filed by **Courtland Tatum, Sr.** has this day been

**DENIED.**

cc: Paul Mantle Lafleur, Counsel for the Appellee
    Katherine P. Martin, Counsel for the Appellee
    Christine Wells, Counsel for the Appellee
    Brian Thomas Carr, Counsel for the Appellee